423 P.2d 869

**STATE of New Mexico, Plaintiff-Appellant,**

**v.**

**Draper BRANTLEY, Defendant-Appellee.**

**No. 8114.**

Supreme Court of New Mexico.

Feb. 13, 1967.

Boston E. Witt, Atty. Gen., Roy G. Hill, Asst. Atty. Gen., J. Lee Cathey, Spec. Asst. Atty. Gen., for appellant.

Neal & Matkins, Carlsbad, for appellee.

**436**

## OPINION

MOISE, Justice.

This case is identical with State v. Allen, 77 N.M. 43, 423 P.2d 867, decided this date, and the ruling therein is controlling here. For the reasons stated in the opinion in that case, the judgment here is affirmed.

It is so ordered.

CHAVEZ, C. J., and WOOD, J., Court of Appeals, concur.